[No. 4120-1.    Division One.    June 7, 1976.]

*In the Matter of the Welfare of* ERIC LAMONT
ST. GERMAINE.

Certiorari to review a judgment of the Superior Court for King County, No. J-71284, Norman W. Quinn, J. Pro Tem., entered July 17, 1975. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Farris and Andersen, JJ.

[No. 4390-1.    Division One.    June 7, 1976.]

*In the Matter of the Welfare of* ANN NANNETTE LENNEA
TAYLOR.

JANET ROCHELLE FLY, *Petitioner*, v. SUPERIOR COURT FOR
KING COUNTY, *Respondent*.

Certiorari to review a judgment of the Superior Court for King County, No. J-75313, Donald M. Niles, J. Pro Tem., entered December 18, 1975. *Affirmed* by unpublished opinion per Callow, J., concurred in by Farris and Andersen, JJ.

[No. 3405-1.    Division One.    June 7, 1976.]

B. BRUCE MILLER, *Appellant*, v. IAN G. HASTINGS, ET AL,
*Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 774455, Howard J. Thompson, J., entered October 23, 1974. *Affirmed* by unpublished opinion per James, J., concurred in by Farris and Swanson, JJ.

[No. 1208-3.    Division Three.    June 7, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE TALLEY,
*Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 18354, Howard Hettinger, J., entered June 13, 1974. *Affirmed* by unpublished per curiam opinion.